Wright, Warren & Searcy, T. B. Ward and J. M. Ward, all of Tuscaloosa, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BRICKEN, P. J.

Reversed and remanded on authority of Fitts v. State, ante, p. 405, 135 So. 654.

RICE, J., not sitting.

(132 So. 922)

## Pearl PEARSON v. STATE.
### 8 Div. 151.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 922)

## S. M. PEARSON, alias, etc., v. STATE.
### 8 Div. 168.

Court of Appeals of Alabama.
Feb. 10, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 922)

## May PEEBLES v. STATE.
### 8 Div. 255.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.

(133 So. 925)

## Eugenia PENDER, etc., v. UNITED FIRE-MEN'S INS. CO.
### 8 Div. 93.

Court of Appeals of Alabama.
March 19, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(132 So. 922)

## Jeff PEOPLES v. STATE.
### 2 Div. 459.

Court of Appeals of Alabama.
March 24, 1931.

PER CURIAM.
Appeal dismissed.

(132 So. 922)

## Willie PEOPLES v. STATE.
### 8 Div. 243.

Court of Appeals of Alabama.
Feb. 17, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 925)

## William M. PEPPER, alias Miles A. Conway, v. STATE.
### 6 Div. 885.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.